STATE OF LOUISIANA

VERSUS

BOBBY L. JAMES

NO. 24-KA-508

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

September 15, 2025

Susan Buchholz
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Stephen J. Windhorst, and E. Adrian Adams, Pro Tempore

## DENIED WITHOUT REASONS

**SJW**
**SMC**
**EAA**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/15/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KA-508**

### E-NOTIFIED

Mary Constance Hanes (Appellant)
Christopher A. Aberle (Appellant)

Thomas J. Butler (Appellee)
Juliet L. Clark (Appellee)

Andrea F. Long (Appellee)

### MAILED

Bobby L. James #727250 (Appellant)
Louisiana State Penitentiary
Angola, LA 70712

Honorable Paul D. Connick, Jr. (Appellee)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053